and HARRIS SOKOLSKI, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. UNITED STATES TRUST COMPANY OF NEW YORK and Others, as Trustees, etc., and HARRIS SOKOLSKI, Appellants.—Appeal dismissed. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

PETER SCHARF and FREDERICK B. SAUNDERS, Copartners, etc., Suing, etc., Respondents, v. 419 FOURTH AVENUE CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

MATHEW W. RITTER Co., INC., Appellant, v. R. H. MACY & Co., INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HATTIE KOESTER, Appellant, v. SAMUEL RIEFBERG and Others, Individually and as Copartners, Respondents, Impleaded with Another, Defendant.— Order so far as appealed from modified by allowing part of item 6 of plaintiff's notice of examination before trial, striking therefrom the words " and all facts and circumstances relating thereto; " and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HILDA HAINES, Individually, and on Behalf of Herself and Other Stockholders of the S. S. NOHAB Co., INC., Respondent, v. CARL F. OGREN and ALMA T. OGREN, Executors, etc., of CHARLES A. OGREN, Deceased, Appellants, Impleaded with Another, Defendant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

WILLIAM RUSSO, Appellant, v. ANGELINA RUSSO, Respondent.— Order reversed and motion denied. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

WILLIAM RUSSO, Appellant, v. ANGELINA RUSSO, Respondent.— Order reversed and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

HARRY B. STOIBER, Respondent, v. ENRICO MARINACCI, Defendant, Impleaded with IRA R. CROUSE, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [142 Misc. 345; 139 Misc. 838.]

EDBRO REALTY Co., INC., Appellant, v. THOMAS F. CLAREY and Others, Defendants. MILTON N. MOUND, Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [141 Misc. 779.]

PAUL BLANSHARD, Appellant, v. THE CITY OF NEW YORK and BROOKLYN BUS CORPORATION and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ. [141 Misc. 609.]

STONE & WEBSTER AND BLODGET, INC., Appellant, v. DAVID S. STERN and D. S. STERN & Co., INC., Respondents.— Order affirmed, with ten dollars costs and